CORY J. HILTON, ESQ.
Nevada Bar No. 4290
5545 S. Mountain Vista Ste. F
Las Vegas, NV 89120
(702) 384-8000
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

********

| In Re: | Chapter 7 |
| --- | --- |
| ERINN VARELA, PHILIP VARELA, | Case No.: 08-22030-BAM |
| Debtor(s), | Hearing Date: November 29, 2012 |
| | Hearing Time: 11:00 a.m. |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2012, I faxed and mailed a true and correct copy of the MOTION FOR APPLICATION FOR COMPENSATION in a sealed envelope, first class postage fully prepaid, addressed to the following at the following address:

Brian D. Shapiro, Esq.
Trustee in Bankruptcy
28 S. 4th Street, Ste. 300
Las Vegas, Nevada 89101
*F: (702) 383-0994*
*trustee@trusteeshapiro.com*

_____
An employee of CORY J. HILTON, ESQ..